■ MARGARET DEMETER, Respondent, v. TEDDY CAB CORPORATION, Appellant, et al., Defendant.— Motion by respondent to dismiss appeal denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ REBECCA ENGEL, Appellant, v. BERNARD FRIEDMAN et al., Respondents. — Motion by respondents to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ AUDREY GAVRILES et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.— Pursuant to stipulation, the motion by respondent to dismiss the appeal is withdrawn and the appeal is discontinued, without costs. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) BERTHA L. HUNTER, as Administratrix of the Estate of JAMES HUNTER, Deceased, Respondent, v. 1001 TENANTS CORPORATION et al., Appellants. (B) BERTHA L. HUNTER, as Administratrix of the Estate of JAMES HUNTER, Deceased, Respondent, v. 1001 TENANTS CORPORATION et al., Appellants, et al., Defendants.— [In each action] Motion by respondent to dismiss appeal[s] denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The appellants' brief must be served and filed on or before February 7, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of WILLIAM J. FITZGERALD, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent for reargument of petitioner's motion to confirm the Special Referee's report and to vacate the order of this court dated October 24, 1960, disbarring respondent, referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of HYMAN KAHAN, Appellant, v. ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. CHARLES KATZENSTEIN, an Attorney, Respondent.— Petitioner moved to punish respondent for contempt by reason of his failure to comply with the subpœnas of this court. On June 13, 1960, the court referred to an Official Referee of the Supreme Court the issue as to whether respondent had deliberately and willfully disobeyed the subpœnas; and, pending the Referee's report, the court has held the application in abeyance. The Referee, after holding hearings at which respondent defaulted, has now filed his report in which he finds that respondent did deliberately and willfully disobey the subpœnas and in which he recommends that respondent be punished for criminal contempt as prescribed by law (Judiciary Law, § 750, subd. 3; § 751). Petitioner moves to confirm the report. Motion to confirm the Referee's report granted; application to punish respondent for criminal contempt for disobeying said subpœnas granted. By reason of respondent's willful disobedience to the subpœnas of this court, he is ordered to be imprisoned for 30 days in the county or city jail in Kings County. He is given leave, however, at any time during said 30-day period, to purge himself by complying fully with such subpœnas. Upon proof of such compliance he will be relieved of further imprisonment. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.